### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MARIA DA GRACA LOPES LOURENCO BRUNNER | : : : : : No. 1:24-mj-00049 |

### CONSENT MOTION TO EXTEND BRIEFING SCHEDULE AND CONTINUE EXTRADITION HEARING

Maria da Graca Lopes Lourenco Brunner ("Ms. Lourenco"), through undersigned counsel, respectfully submits this Consent Motion to Extend Briefing Schedule and Continue Extradition Hearing, requesting that the Court extend the parties' current deadlines to file their response and reply briefs and continue the extradition hearing by approximately four weeks, from March 27, 2024 to on or around April 29, 2024, at the Court's convenience and subject to confirmation of the parties' availability, or as soon thereafter as the matter may be heard. In support of this motion, Ms. Lourenco states the following:

1. The extradition hearing in this case currently is scheduled for March 27, 2024, at 11:00 a.m. *See* ECF No. 13. The government submitted its Pretrial Memorandum in Support of Extradition ("Pretrial Brief") on March 13, 2024. *See* ECF No. 14. Ms. Lourenco's responsive brief is currently due this Wednesday, March 20, 2024, and the government's reply brief is due March 25, 2024. *See* March 12, 2024 Minute Order.

2. Counsel for the government and Ms. Lourenco have conferred and have jointly agreed to an extension of the remaining briefing schedule and a continuance of the hearing.

3. Undersigned counsel was originally retained by Ms. Lourenco for the limited purpose of Ms. Lourenco's request for bond. Ms. Lourenco and undersigned counsel finalized the terms of representation for the purposes of the extradition hearing as of the date of this filing.

4.     Undersigned counsel, with the government's consent, requests additional time to prepare for the extradition hearing, to examine the merits of the matter, and to prepare a response to the government's Pretrial Brief.  Mr. Lourenco also agrees to the government's reciprocal request to provide it one week to respond to Ms. Lourenco's response brief.

5.     In accordance with this request, Ms. Lourenco respectfully requests that the Court set the briefing schedule outlined in the proposed order filed with this motion, which provides: (a) Ms. Lourenco's response to the government's Pretrial Brief shall be due April 17, 2024; and (b) The government's reply to Ms. Lourenco's response shall be due April 24, 2024.

6.     In addition, Ms. Lourenco respectfully requests that the Court continue the extradition hearing by four weeks, to on or around April 29, 2024 or thereafter as the matter may be heard, depending on the Court's schedule and subject to the parties' confirmation of availability.

7.     The government, through Trial Attorney Roger Polack, consents to the relief requested by this motion.

## CONCLUSION

Based on the above, Ms. Lourenco respectfully requests that this Court continue her extradition hearing by four weeks, from March 27 to on or around April 29, 2024, and to modify the briefing schedule in accordance with the proposed order, as summarized above.

DATED:  March 18, 2024                    Respectfully submitted,

/s/   Stephen S. Gilson
Stephen S. Gilson (DC Bar Number 1022855)
Kaiser PLLC
1099 14th St. NW, 8th Floor West
Washington, DC 20005
sgilson@kaiserlaw.com
Telephone: (202) 624-3288

*Counsel for Maria Da Graca Lopes Lourenco Brunner*

**CERTIFICATE OF SERVICE**

I hereby certify that on this eighteenth day of March, 2024, I filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which system I understand has provided electronic notice counsel of record.

*/s/ Stephen S. Gilson*
Stephen S. Gilson